AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-14011 MARRA/LYNCH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CARRINGTON MORTGAGE SERVICES, LLC
was received by me on *(date)* 01/15/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SERVICE WAS OBTAINED BY SERVING DONNA MOCH AS SENIOR CORPORATE OPERATIONS MANAGER OF CT CORPORATION SYSTEM, REGISTERED AGENT FOR CARRINGTON MORTGAGE SERVICES, LLC.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/15/2014

*Charles Zirkle*
Server's signature

CHARLES ZIRKLE, SPECIAL PROCESS SERVER #110
Printed name and title

5079 NORTH DIXIE HIGHWAY
#341
OAKLAND PARK, FL 33334
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 14-CV-14011 MARRA/LYNCH

Plaintiff:
**JOHNNIE TERESA MARCHISIO AND ADRIAN MARCHISIO**

vs.

Defendant:
**CARRINGTONMORTGAGE SERVICES LLC**

For:
Paul Kim
SHAPIRO & KIM LLP
3113 Stirling Rd.
#202
Fort Lauderdale, FL  33312

Received by C. ZIRKLE on the 15th day of January, 2014 at 11:48 am to be served on **CARRINGTON MORTGAGE SERVICES LLC %CT CORPORATION SYSTEM, AS REGISTERED AGENT, 1200 S. PINE ISLAND RD., PLANTATION, FL 33324.**

I, CHARLES ZIRKLE, do hereby affirm that on the **15th day of January, 2014** at **2:36 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION , COMPLAINT** with date and hour of service endorsed thereon by me to **DONNA MOCH** as employee authorized to accept service for C.T. CORPORATION SYSTEM registered agent, at the address of: **1200 S. PINE ISLAND RD., PLANTATION, FL 33324,** and informed said person of the contents therein, PURSUANT TO F. S. 48.081(3)(a).

I certify that I am over the age of 18, have no interest in the above action, and I am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

_____
**CHARLES ZIRKLE**
SPS #110

C. ZIRKLE
5079 N. Dixie Hwy.
Suite 341
Ft. Lauderdale, FL 33334
**(954) 970-0773**
Our Job Serial Number: CZP-2014000027

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Johnnie Teresa Marchisio and Adrian Marchisio )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. **14-CV-14011-MARRA/LYNCH**
Carrington Mortgage Services, LLC )
)
_____ )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carrington Mortgage Services, LLC
c/o CT Corporation System, as Registered Agent
1200 S Pine Island Road
Plantation, FL 33324



DONNA MOCH
SENIOR CORPORATE
OPERATIONS MANAGER
2:36P
1/15/17
Charles Zirkle
CHARLE ZIRKLE
#110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Kim, Esq.
Shapiro & Kim LLP
3113 Stirling Rd Suite 202
Fort Lauderdale, FL 33312
Telephone: 954.961.7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 8, 2014**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

