UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14011-CIV-LYNCH

JOHNNIE TERESA MARCHISIO AND
ADRIAN MARCHISIO,

    Plaintiffs,

v.

CARRINGTON MORTGAGE SERVICES, LLC,

    Defendant.
_____/



## ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DE 62)

    **THIS CAUSE** comes before this Court upon the above Motion. Having reviewed the Motion, Response, and Reply, this Court finds as follows:

    1.    From the briefing of the above Motion, this Court discerns the situation as such: For the Defendant's convenience, depositions were postponed until the week of July 21 to July 24, 2015. This is the last week of the discovery period; the overall discovery deadline is July 24, 2015. Beginning July 14th, the Defendant began inquiring about scheduling depositions, this time, of the two of the Plaintiffs' expert witnesses, Dr. Hadaegh and Evan Hendricks. On Friday, July 17th, the Defendant set them for depositions to begin at 4 pm and thus after those days' other depositions. It appears that the Defendant set these two depositions on these days despite the time conflict in order

to meet the discovery deadline and after being able to reach a mutually agreeable accommodation with the Plaintiffs.

2. To begin with, the last minute rush of depositions is regrettable. Nor does this Court agree with the Defendant that the Plaintiffs lack "standing" to complain about having to do four witnesses' depositions in two days. The Plaintiffs oppose the addition of these two expert witness depositions to an already busy week of depositions, and they are entitled to their requested protective order. The Defendant therefore shall cancel the depositions of Dr. Hadaegh and Evan Hendricks as currently scheduled.

3. The briefing of the Motion brings to the fore another issue: extending the discovery deadline. The Defendant asks to extend the discovery deadline as an alternative way of accommodating the expert witnesses' depositions. This Court construes from the attached email correspondence and the Plaintiffs' Reply that they oppose extending the discovery deadline. However this Court sees good cause for doing so. Ideally the parties should have avoided this last minute rush of discovery, but such is the situation now. It is therefore,

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion for Protective Order (DE 62) is **GRANTED**. The Defendant shall cancel the depositions of Dr. Hadaegh and Evan Hendricks as currently set for July 22nd and July 23, 2015. It is further,

**ORDERED AND ADJUDGED** that the Defendant's request to extend the Discovery Deadline is **GRANTED**. This Court extends the Discovery Deadline to **Friday, August 14, 2015**. Both parties shall have the benefit of this additional time to complete any outstanding discovery. This Court hopes that the parties will be able to work out a mutually agreeable schedule.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21 day of July, 2015.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Christopher P. Hahn, Esq. (fax: 866-581-9302)
    Paul Kim, Esq.             (fax: 312-284-4751)